# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **Rockies Express Pipeline LLC** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:08CV01026 DDN |
| | ) | |
| **Missouri Pipeline Company LLC** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above-styled case was filed in the Eastern Division of this court on July 14, 2008, and assigned to the Honorable David D. Noce. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:08cv00032 AGF. The Honorable Audrey G. Fleissig will preside.

Case No. 4:08cv01026 DDN is hereby administratively closed. Judge Noce's name will be replaced for future assignment.

Dated this 14th day of July, 2008.

James G. Woodward, Clerk of Court
By: /s/ Lori Miller-Taylor
Deputy Clerk

Please refer to Case No. **2:08cv0032 AGF** in all future matters concerning this case.